IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROSE MARY HAMILTON**  **PLAINTIFF**

v.  **2:25-CV-00051-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*  **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's recommended disposition [Doc. No. 10] is adopted, and the Commissioner's decision is remanded to resolve the conflict at Step Four regarding whether Rose Hamilton's past work as a cook helper required light exertion as determined by the Vocational Expert or required medium exertion as defined by the Dictionary of Occupational Titles.

IT IS SO ORDERED this 10th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE